IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLEMER FOSTER,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0016-WS-C |
| **MICHAEL J. ASTRUE,**<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 6, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 13th day of July, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE