## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**CLEMER FOSTER,**                                    :

     **Plaintiff,**                               :

**vs.**                                              :          **CIVIL ACTION 07-0016-WS-C**

**MICHAEL J. ASTRUE,**                               :
**Commissioner of Social Security,**

                                             :

     **Defendant.**

## <u>ORDER</u>

After due and proper consideration of all portions of  this file deemed relevant to the

issues raised, and there having been no objections filed, the recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 20, 2007 is **ADOPTED** as the

opinion of this Court.

     **DONE** and **ORDERED** this 17th day of September, 2007.


                          s/WILLIAM H. STEELE
                          UNITED STATES DISTRICT JUDGE