IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLEMER FOSTER,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-0016-WS-C |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $1,047.74 under the Equal Access to Justice Act, representing compensation for 6.4 hours of service by Gilbert B. Laden, Esquire, at the cost-of-living-adjusted rate of $163.71 per hour.

**DONE** this 17th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE