IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLEMER FOSTER,                    :

    Plaintiff,                    :

vs.                               :       CA 07-0016-WS-C

MICHAEL J. ASTRUE,                :
Commissioner of Social Security,
                                  :
    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered in this Court the sum of $3,977.13 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee award made in this case of $1,047.74.

    **DONE** and **ORDERED** this 6th day of November, 2007.

                            s/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE